**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.63.166.25,<br><br>Defendant. | Case No. 2:20-cv-10202-SRC-CLW<br><br>**NOTICE OF APPEAL OF MAGISTRATE JUDGE'S ORDER** |

**TO:   ALL COUNSEL OF RECORD IN THE ABOVE CAPTIONED MATTER**

**PLEASE TAKE NOTICE** that on October 5, 2020, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") will move before the Honorable Stanley R. Chesler, U.S.D.J., of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ

07101, for an Order reversing the Magistrate Judge's Text Order denying Plaintiff leave to file a motion to conduct limited early discovery subject to a protective order, ECF No. 4, pursuant to 18 U.S.C. § 636, Federal Rule of Civil Procedure 72, and Local Civil Rule 72.1.

**PLEASE TAKE FURTHER NOTICE** that in support of this Appeal, Plaintiff will rely upon the accompanying Brief and Certification of John C. Atkin, Esq., with attached exhibits, submitted herewith; any reply papers in support of this Motion; and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted herewith for the Court's consideration.

DATED: September 7, 2020              Respectfully submitted,

               **THE ATKIN FIRM, LLC**

               *Attorneys for Plaintiff,*
               *Strike 3 Holdings, LLC*

          By: */s/ John C. Atkin, Esq.*
             JOHN C. ATKIN